IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DE LETTER,

    Plaintiff,

  v.

ULTRATECH, INC., et al.,

    Defendants.
_____/

No. C 17-01542 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court sua sponte refers this case to Chief Judge Phyllis Hamilton to determine whether it is related to *Vladimir Gusinksky Rev. Trust v. Ultratech, Inc., et al.*, Case No. 4:17-cv-01468-PJH.

**IT IS SO ORDERED.**

Dated: May 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE