Rosemary M. Rivas (SBN 209147)
rrivas@zlk.com
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone:   (415) 291-2420
Facsimile:    (415) 484-1294

*Attorneys for Plaintiff The Vladimir Gusinsky Rev. Trust*

[*Additional Counsel listed on signature block.*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRATECH, INC., ARTHUR W. ZAFIROPOULO, RONALD BLACK, MICHAEL CHILD, PARAMESH GOPI, BEATRIZ INFANTE, DENNIS RANEY, HENRI RICHARD, VEECO INSTRUMENTS INC., and ULYSSES ACQUISITION SUBSIDIARY CORP.,<br><br>Defendants. | Case No.: 4:17-cv-01468-PJH<br><br>**CLASS ACTION**<br><br>**NOTICE OF CLOSURE FOR ALL PURPOSES AND [PROPOSED] ORDER CLOSING ACTION** |

WHEREAS, on May 25, 2017, the parties (the "Parties") in the above-captioned class action (the "Action") filed a Stipulation and Order Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Joint Application for Attorneys' Fees and Expenses (the "Stipulation of Dismissal") (Dkt. No. 13);

WHEREAS, on May 26, 2017, the Court granted the Stipulation of Dismissal and retained jurisdiction of this action solely for the purpose of adjudicating any issues related to the potential Fee and Expense Application (Dkt. No. 14);

1    WHEREAS, on September 14, 2017, the Parties to this Action reached a collective agreement to resolve the intended Fee and Expense Application, thereby obviating the need for further motion practice;

    WHEREAS, as a result of the foregoing, no Fee and Expense Application will be forthcoming and retention of limited jurisdiction by the Court over these matters is no longer necessary and by its signature, the Court may administratively close this Action.

Respectfully submitted,

| | |
|---|---|
| */s/ Rosemary M. Rivas*<br>Rosemary M. Rivas (SBN 209147)<br>LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone:  (415) 291-2420<br>Facsimile:  (415) 484-1294<br>Email:  rrivas@zlk.com<br><br>*Attorneys for Plaintiff The Vladimir Gusinsky Rev. Trust* | */s/ Matthew W. Close*<br>Matthew W. Close (SBN 188570)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071–2899<br>Telephone:  (213) 430-6000<br>Facsimile:  (310) 430-6407<br>Email:  mclose@omm.com<br><br>*Attorneys for Defendants Ultratech, Inc., Arthur W. Zafiropoulo, Ronald Black, Michael Child, Paramesh Gopi, Beatriz Infante, Dennis Raney and Henri Richard* |

*/s/ Erik J. Olson*
Erik J. Olson (SBN 175815)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304–1018
Telephone:  (650) 813-5825
Facsimile:  (650) 494-0792
Email:  ejolson@mofo.com

*Attorneys Defendants Veeco Instruments Inc. and Ulysses Acquisition Subsidiary Corp.*

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ <em>Rosemary M. Rivas</em><br>Rosemary M. Rivas

1  **[PROPOSED] ORDER**

2      Based on the parties' Notice of Closure for All Purposes and the good cause described

3  therein, the Court GRANTS the closure of this Action. The Clerk shall close this Action.

4  SO ORDERED this _____20th_____ day of _Oct._, 2017.

5

6                                                             _____

7                                                             Honorable Phyllis J. Hamilton
   United States District Court Judge